# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158652(58)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

KRISTOPHER ALLEN HUGHES,
       Defendant-Appellant.

SC: 158652
COA: 338030
Oakland CC: 2016-260154-FC

_____/

      On order of the Chief Justice, the second motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before February 26, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2020



Clerk